1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8

9 MARVIN DWAYNE MOSBY,

10     Petitioner,                Case No. 2:13-cv-01625-JAD-GWF

11 vs.                         **ORDER**

12 RENEE BAKER, et al.,

13     Respondents.

14

15     The Federal Public Defender has filed a request for appointment to represent petitioner (#8).

16 The Federal Public Defender represents petitioner in two other actions before this court, Mosby v.

17 Baker, 3:13-cv-00605-LRH-WGC, and Mosby v. Baker, 3:14-cv-00251-MMD-WGC.  Based upon

18 the representations of the Federal Public Defender, the court concludes that appointment in this

19 action is warranted.

20     In response to the court's order (#6) noting that petitioner had not exhausted his state-court

21 remedies for all of his grounds, petitioner has filed a motion to stay (#7).  The motion is moot

22 because counsel will represent petitioner.

23     IT IS HEREBY ORDERED that petitioner's request for appointment to represent petitioner

24 (#8) is **GRANTED**.  The Federal Public Defender is appointed to represent petitioner.

25     IT IS FURTHER ORDERED that petitioner shall have 60 days to file an amended petition

26 for a writ of habeas corpus or a motion for other appropriate relief.

27

28

1    Neither this deadline nor any extension thereof signifies or will signify any implied finding

2  of a basis for tolling during the time period established.  Petitioner at all times remains responsible

3  for calculating the federal limitation period and timely asserting claims.

4    IT IS FURTHER ORDERED that the clerk shall add Adam Laxalt, Attorney General for the

5  State of Nevada, as counsel for respondents and electronically serve the Attorney General of the

6  State of Nevada a copy of this order.

7    IT IS FURTHER ORDERED that respondents' counsel shall enter a notice of appearance

8  within 20 days of entry of this order, but no further response shall be required from respondents

9  until further order of the court.

10    IT IS FURTHER ORDERED that any exhibits filed by the parties shall be filed with a

11  separate index of exhibits identifying the exhibits by number or letter.  Any future CM/ECF

12  attachments shall be identified by the number or numbers (or letter or letters) of the exhibits in the

13  attachment.  The hard copy of any additional state court record exhibits shall be forwarded—for this

14  case—to the staff attorneys in Las Vegas.

15    IT IS FURTHER ORDERED that petitioner's motion to stay (#7) is **DENIED** as moot.

16    Dated: March 11, 2015.

17

18  _____

    JENNIFER A. DORSEY
19  United States District Judge

20

21

22

23

24

25

26

27

28