# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARVIN DWAYNE MOSBY,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 2:13-cv-01625-JAD-GWF

**ORDER**

    Petitioner has submitted an unopposed motion for stay and abeyance (#11), asking the court to stay this action until his pending state post-conviction habeas corpus proceedings have concluded. Good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for stay and abeyance **(#11) is GRANTED**.

    IT IS FURTHER ORDERED that **this action is STAYED** pending exhaustion of the unexhausted claims. Petitioner shall return to this court with a motion to reopen within 45 days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state court proceedings. Further, petitioner or respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

    IT FURTHER IS ORDERED that **the clerk of court shall administratively close this action** until such time as the court grants a motion to reopen the action.

    DATED: April 8, 2015

                                                _____
                                                JENNIFER A. DORSEY
                                                United States District Judge