# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Marvin Dwayne Mosby,

    Petitioner

v.

Renee Baker, et al.,

    Respondents

**2:13-cv-01625-JAD-GWF**

**Order Granting Motion to Reopen Case**

[ECF No. 15]

    Section 2254 petitioner Marvin Dwayne Mosby successfully moved to stay this case pending resolution of his post-conviction habeas proceedings in state court.[1]  Mosby now moves to reopen this case and requests 75 days to prepare a counseled, amended petition.[2]

    Accordingly, with good cause appearing, IT IS HEREBY ORDERED that **Mosby's motion to reopen case [ECF No. 15] is GRANTED.  Mosby must file an amended petition by October 20, 2016.**

    Dated this 5th day of August, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 13.

[2] ECF No. 15.