UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marvin Dwayne Mosby,<br><br>　　　Petitioner<br><br>v.<br><br>Renee Baker, et al.,<br><br>　　　Respondents | 2:13-cv-01625-JAD-GWF<br><br>**Order Directing Response** |

　　I have reviewed Mosby's second-amended petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and find that it warrants a response. Accordingly,

　　IT IS HEREBY ORDERED that respondents have until **February 25, 2017**, to answer or otherwise respond to the second-amended petition [ECF No. 21]. Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner will have 45 days from service of the respondents' answer to file a reply. If respondents file a motion, then the briefing schedule of Local Rule 7-2 will apply.

　　Dated this 10th day of January, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　United States District Judge