UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Marvin Dwayne Mosby,

    Petitioner

v.

Renee Baker, et al.,

    Respondents

2:13-cv-01625-JAD-GWF

**Order Granting Motion to Extend Time**

[ECF No. 28]

Marvin Dwayne Mosby has filed an unopposed motion for extension of time to respond to respondents' motion to dismiss. Good cause appearing,

IT IS HEREBY ORDERED that Mosby's motion to extend time (first request) **[ECF No. 28] is GRANTED. Mosby's response is due June 7, 2017.**

Dated this 14th day of March, 2017.

_____
Jennifer A. Dorsey
United States District Judge